■ McCarty Material Fabricators, Inc., Respondent, v Midwest Industrial Truck, Appellant, and Wilson Sporting Goods, Respondent.— Judgment unanimously affirmed, with costs, on the memorandum decision at Trial Term, Aronson, J. (Appeal from judgment of Onondaga Supreme Court—work, labor and services .) Present—Dillon, P. J., Cardamone, Doerr, Witmer and Moule, JJ.